Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH K. ASENJO,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BANK OF AMERICA, N.A. and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>                    Defendants. | Case No. 2:15-CV-00286-JCM-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TAKING BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OFF CALENDAR** |

     Plaintiff Sarah Asenjo ("Plaintiff") and Defendant Bank of America, N.A. ("Bank of America"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on May 4, 2015, defendant Bank of America filed a Motion to Dismiss Plaintiff's Complaint (Docket #9);

WHEREAS, on May 20, 2015, Plaintiff filed a First Amended Complaint ("FAC") (Docket #12);

WHEREAS, on May 21, 2015 defendant Experian Information Solutions, Inc. ("Experian") filed a Motion to Strike the FAC on the grounds that it was untimely filed without leave of Court (Docket #13);

WHEREAS, in light of the FAC being filed, Bank of America agrees to withdraw its Motion to Dismiss without prejudice to re-file in the event that the Court grants Experian's Motion to Strike;

WHEREAS, Plaintiff and Bank of America agree that Bank of America shall have up to and including June 12, 2015 to file a responsive pleading to the FAC;

THEREFORE, Plaintiff and Bank of America hereby agree that Bank of America's Motion to Dismiss Plaintiff's Complaint (Docket #9) is taken off-calendar without prejudice, and Bank of America's response to Plaintiff's FAC is due on or before June 12, 2015.

**IT IS SO STIPULATED.**

DATED: May 26, 2015

AKERMAN LLP

KAZEROUNI LAW GROUP, APC

/s/ Matthew Knepper __
Matthew Knepper, Esq.
1160 Town Center Drive, Ste. 330
Las Vegas, NV 89144
matthew.knepper@akerman.com
Attorneys for BofA

/s/ DANNY J. HOREN_____
DANNY J. HOREN, ESQ
7854 W. Sahara Avenue
Las Vegas, NV 89117
danny@kazlg.com
Attorneys for Plaintiff

ORDER

**IT IS SO ORDERED**:

1. Bank of America's Motion to Dismiss Plaintiff's Complaint (Dkt. No. 9) is

   withdrawn without prejudice;

2. Bank of America has up to and including June 12, 2015 to respond to Plaintiff's

   First Amended Complaint (Dkt. No. 12).

   DATED June 2, 2015.

   _____
   UNITED STATES DISTRICT JUDGE