| | |
|---|---|
| 1 | Alyssa M. Staudinger (13258)<br>JONES DAY |
| 2 | 3161 Michelson Drive<br>Suite 800 |
| 3 | Irvine, CA  92612.4408<br>Telephone:     +1.949.851.3939 |
| 4 | Facsimile:     +1.949.553.7539 |
| 5 | Bob L. Olson (3783)<br>Snell & Wilmer, LLP |
| 6 | 3883 Howard Hughes Pwky.<br>Suite 1100 |
| 7 | Las Vegas, NV  89169-5958<br>Telephone: 702-784-5200 |
| 8 | Fax: 702-784-5252<br>bolson@swlaw.com |
| 9 | |
| 10 | Attorneys for Defendant<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARAH K. ASENJO,<br><br>               Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., and<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.,<br><br>               Defendants. | Case No. 2:15-cv-00286-JCM-PAL<br><br>Assigned to:  James C. Mahan<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint Filed: February 18, 2015 |

**PLEASE TAKE NOTE THAT** Plaintiff Sarah Asenjo and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

| | | |
|---|---|---|
| 1 | Dated: August 21, 2015 | KAZEROUNI LAW GROUP, APC |
| 2 | | |
| 3 | | By: /s/ Danny Horen |
| | | Danny Horen |
| 4 | | Attorneys for Plaintiff |
| 5 | | SARAH ASENJO |
| 6 | Dated: August 21, 2015 | JONES DAY |
| 7 | | |
| 8 | | By: /s/ Alyssa M. Staudinger |
| 9 | | Alyssa M. Staudinger |
| 10 | | Attorneys for Defendant |
| | | EXPERIAN INFORMATION SOLUTIONS, INC. |

   **IT IS ORDERED** that the parties shall have until **November 23, 2015,** to either file the stipulation to dismiss, or a joint status report advising the court when the stipulation will be received.

   Dated this 24th day of August, 2015.

Peggy A. Leen
United States Magistrate Judge

- 2 -

## CERTIFICATE OF SERVICE

I, Alyssa M. Staudinger, declare:

I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California  92612.4408.  On **August 21, 2015**, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court, District of Nevada's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the following CM/ECF users were served:

Danny Horen
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: 800-400-6808x7
Fax: 800-520-5523
danny@kazlg.com

Attorneys for Plaintiff
SARAH K. ASENJO

David H. Krieger
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Telephone: 702-880-5554
Fax: 702-385-5518
dkrieger@haineskrieger

Attorneys for Plaintiff
SARAH K. ASENJO

Matthew I Knepper
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telphone: 702-383-8966
Fax: 702-634-5000
akermanlas@akerman.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

1       Executed on August 21, 2015, at Irvine, California.

                                                */s/ Alyssa M. Staudinger*
                                                Alyssa M. Staudinger

NAI-1500500990v1