UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SARAH ASENJO, | Case No. 2:15-cv-00286-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, N.A., et al. | |
| Defendants. | |

Before he court is the Notice of Change of Status of Counsel (Dkt. #33) filed December 1, 2015.  The notice states that attorney Danny J. Horen left the law firm of Kazerouni Law Group, APC on December 1, 2015, and requests that attorney Michael Kind of Kazerouni Law Group, APC be substituted in the place of Mr. Horen.

Leave of court is required to allow an attorney to withdraw once an appearance has been made which requires notice to and the consent of the affected client.  See, LR IA 10-6(b).    Mr. Horen is the only person from the law firm of Kazerouni Law Group APC who has made an appearance in this case.  A notice is insufficient.  Accordingly,

**IT IS ORDERED** that the parties Notice of Status of Counsel (Dkt. #33) is **DENIED without prejudice**.  Counsel shall comply with LR 10-6 in further requests of this nature.

DATED this 14th day of December, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE